```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-05-190-FVS |
| Plaintiff, ) | |
| ) | ORDER TAKING DEFENDANT'S |
| v. ) | MOTION TO RECONSIDER UNDER |
| ) | ADVISEMENT |
| JOHN A. BARR, ) | |
| ) | ---- **ACTION REQUIRED** ---- |
| Defendant. ) | |

At the December 5, 2005, hearing on Defendant's Motion to Reconsider (Ct. Rec. 21), Assistant Federal Defender Christina Hunt appeared with Defendant; Assistant U.S. Attorney Jared Kimball represented the United States.

The court, having considered the proffers of Defendant and Plaintiff, directs Pretrial Services to prepare and serve a supplemental pretrial services report addressing the proffered residence plan and exploring whether the outstanding warrant has been quashed. The parties shall have two business days to file objections or remarks as to the supplemental pretrial services report.

DATED December 6, 2005.

                         S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER TAKING DEFENDANT'S MOTION TO RECONSIDER UNDER ADVISEMENT - 1